McGREGOR W. SCOTT
United States Attorney
JOHN R. MULROY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:18-po-00160-DB |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| SARANJEET SINGH, ) | DATE: July 17, 2018 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Deborah L. Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00160-DB without prejudice is GRANTED.

It is further ordered that the status conference scheduled on July 17, 2018, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: July 6, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE